Commonwealth *v.* Martin, Appellant.

Argued March 23, 1962. Before RHODES, P. J., ER-
VIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and
FLOOD, JJ.

Before
GAWTHROP, P. J.

*Ronald M. Agulnick,* with him *Fred T. Cadmus, III,*
for appellant.

*Samuel J. Halpren,* District Attorney, for Common-
wealth, appellee.

OPINION PER CURIAM, April 12, 1962:

The order of the court below is affirmed on the opinion of President Judge GAWTHROP for the court below, as reported in 26 Pa. D. & C. 2d 509.